UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

MILES,

       Plaintiff,

-v-                                                   ORDER OF DISMISSAL
                                                        CV-05-2605(TCP)

ARGENT MORTGAGE COMPANY
LLC., et al.,

       Defendant.

---------------------------------------------------------X

       IT IS HEREBY ORDERED, having been advised by defense counsel on April 4, 2007 that the above case has settled, the case is dismissed. The parties are to file a stipulation of discontinuance as soon as possible.

       If settlement is not effected the Court will reopen the matter upon receipt of a written request.

       The Clerk of the Court is directed to mark this case closed.

                                                                          /s/
                                                                    Thomas C. Platt
                                                                    U.S. District Judge

Dated: Central Islip, NY
       April 10, 2007